O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTORIA FIELD, | ) Case No. CV 07-08091 DDP (RCx) |
|---|---|
| Plaintiff, | ) **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff seeks damages for breach of contract and breach of the covenant of good faith and fair dealing, for an alleged amount in controversy that exceeds $75,000. (See Complaint Count One 2:20-21; Complaint Count Two 3:8-16.) The Court is not convinced that the amount in controversy exceeds the $75,000 threshold required for diversity jurisdiction. See 28 U.S.C. § 1332.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten pages, by February 4, 2008 to show cause why this action should not be dismissed for failure to establish federal jurisdiction. The parties should also deliver a courtesy

```
 1  copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street,
 2  Los Angeles.  If a party does not file a brief, the court will
 3  regard that party as not opposing dismissal of this matter.  A
 4  hearing is scheduled on this matter for February 11, 2008, at 10:00
 5  a.m.
 6
 7  IT IS SO ORDERED.
 8
 9
10  Dated: January 15, 2008                    _____
11                                             DEAN D. PREGERSON
                                               United States District Judge
```

2